HENDRICKS, APPELLANT, *v.* RICHLAND COUNTY
COURT OF COMMON PLEAS, APPELLEE.

[Cite as *Hendricks v. Richland Cty. Court of
Common Pleas* (1994), 69 Ohio St.3d 616.]

(No. 94–585—Submitted June 15, 1994—Decided July 27, 1994.)

*Mark T. Hendricks, pro se.*

*James J. Mayer, Jr.,* Richland County Prosecuting Attorney, and *Stephen M. Wildermuth,* Assistant Prosecuting Attorney, for appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.